UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1416-FLA (KSx)                                                               Date:  August 29, 2022

Title   _Logan Palomo v. Target Corporation et al_


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|     Gay Roberson     |     N/A     |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:  N/A          Attorneys Present for Defendants:  N/A

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: STIPULATED PROTECTIVE ORDER [DKT. NO. 15]**

On August 19, 2022, the Court issued an Order advising the parties of deficiencies in their Stipulated Protective Order ("Stipulation") which was filed by Defendant on August 18, 2022 (dkt. no. 15).  (Dkt. No. 16.)  The Court ordered the parties to revise the Stipulation to conform to the Court's model protective order,[1] no later than August 26, 2022.  The parties have taken no action.

Accordingly, Defendant is ORDERED TO SHOW CAUSE **on or before Friday, September 2, 2022**, why the Stipulation should not be denied for failure to comply with the Court's August 19, 2022 Order.  Defendant may discharge this Order by:

(1) Filing an amended Stipulation that complies with the Procedures listed on the Court's website[2] and conforms to the Court's model protective order; and

(2) Emailing a Word version to Judge Karen L. Stevenson's chambers email address.

/ /
/ /
/ /
/ /

---

[1]   Available at: http://www.cacd.uscourts.gov/sites/default/files/documents/KS/AD/FORM%20STIPULATED%20PROTECTIVE%20ORDER.pdf.

[2]   http://www.cacd.uscourts.gov/honorable-karen-l-stevenson.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1416-FLA (KSx)                                        Date:  August 29, 2022

Title      _Logan Palomo v. Target Corporation et al_

**The parties are reminded that they will receive expedited consideration if they use the Court's model protective order** and provide a redline comparison between the model order and their proposed order.

Defendant's failure to timely comply with this Order **will** result in a denial of the Stipulation.

|  | : |
|---|---|
| **Initials of Preparer** | gr |