

Muammar Reed, SBN 275133
reedm@reedlawyer.com
**REED LAW, PC**
5777 W. Century Blvd., STE 1088
Los Angeles, CA 90045
Telephone:  (323) 545-6858
Facsimile:  (323) 546-0902

Attorneys for Plaintiff, LOGAN PALOMO

Eugene Egan, Esq. (State Bar No. 130108)
eje@manningllp.com
Gabrielle A. Pedone (State Bar No. 308384)
gap@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN PALOMO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 TO 20, inclusive,<br><br>　　　　　　Defendants.<br>_____ | CASE NO.: 2:22-cv-01416-FLA-KS<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　TO THE COURT AND ALL INTERESTED PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff LOGAN PALOMO and Defendant TARGET CORPORATION have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

                                                  REED LAW, PC

Dated: March 31, 2023               By: ___/s/Muammar Reed_____
                                                  Muammar Reed, Esq.
                                                  Attorney for Plaintiff
                                                  Logan Palomo

Dated: March 31, 2023               MANNING & KASS
                                                  ELLROD, RAMIREZ, TRESTER LLP

                                                  By: _____
                                                  Eugene Egan, Esq
                                                  Gabrielle A. Pedone
                                                  Attorneys for Defendant
                                                  Target Corporation